IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT DONALD JAMES,

    Plaintiff,
v.                                                   CASE NO. 4:16-cv-338-RH-GRJ

D. ELLIOT,
et al.
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a civil rights complaint and seeks leave to proceed as a pauper. ECF No. 4, 6. The Court ordered Plaintiff to file a Prisoner Consent and Financial Certificate and his six-month account statement on or before November 16, 2016. ECF No. 8. As of this date, Plaintiff has failed to comply. Further, Plaintiff's last address of record was at Liberty Correctional Institution. A review of the DOC's online inmate locator reflects that Plaintiff is now confined at Quincy Annex with an expected release date in March 2017. Plaintiff has failed to provide the Court with a change of address.

In view of his failure to comply with the Court's order and his failure to apprise the Court of his current address, it appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 27th day of January 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**