# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ALBERT DONALD JAMES,

      Plaintiff,

v.                              CASE NO.  4:16cv338-RH/GRJ

D. ELLIOT et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 12, 2017.

                     s/Robert L. Hinkle_____
                     United States District Judge